157 A.3d 820

**SALLIE, William E.**

v.

**STATE of Maryland**

**Pet. Docket No. 593, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 1262, Sept. Term, 2015).

Petition for writ of certiorari denied

∎

157 A.3d 820

**SHIFLETT, Jeffrey Michael**

v.

**STATE of Maryland**

**Pet. Docket No. 418, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Reported below: 229 Md.App. 645, 146 A.3d 504.

Petition for writ of certiorari denied